The application is denied. There appears no error of law in the judgment complained of.

179 So.2d 17

Marie B. BORDELON

v.

Lester P. BORDELON.

No. 47920.

Oct. 21, 1965.

In re: Marie B. Bordelon applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 177 So.2d 137.

Writ refused. There appears no error of law in the ruling complained of.